UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACI JORDAN,

    Plaintiff,

v.

                                  Case No. 25-cv-10997
                                  Hon. Matthew F. Leitman

MINDLANCE, INC., *et al.*,

    Defendants.

_____/

### ORDER (1) DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 9) AND (2) STAYING CASE

On December 17, 2025, the Court held a hearing on Defendant Harley-Davidson's Motion to Dismiss Counts I, II, and III of the Complaint against it (ECF No. 9). For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) The Defendant's Motion to Dismiss (ECF No. 9) is **DENIED**.

(2) The case is **STAYED** until **Tuesday, January 20, 2026**. No party shall take any action on the case until that date.

If the action is not settled by Tuesday, January 20, 2026, Defendant Harley-Davidson shall file an Answer to the Complaint by **Tuesday, February 10, 2026**. Discovery shall commence when Harley-Davidson files its Answer to the

Complaint. The Court will enter a case management order with a schedule to manage the progress of the case.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: December 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2025, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan
                                                   Case Manager
                                                   (313) 234-5126